UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURDEEP BOPARAI,<br><br>    Plaintiff,<br><br>    v.<br><br>MUCKLESHOOT INDIAN CASINO,<br><br>    Defendant. | Case No. C24-2046-JCC<br><br>ORDER |

Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 17th day of December, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER - 1