THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURDEEP BOPARAI, | CASE NO. C24-2046-JCC |
| Plaintiff, | ORDER |
| v. | |
| MUCKLESHOOT INDIAN CASINO, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion for judgment on the pleadings (Dkt. No. 17) and Plaintiff's motion to appoint counsel (Dkt. No. 19).

According to Plaintiff's complaint,[1] he visited Defendant's premises in December 2024. (*See generally* Dkt. No. 20 at 9–11.) While there, he was treated rudely and disrespectfully. (*See generally id.*) This is unfortunate but does not, in and of itself, support a claim arising under federal law. *See, e.g.*, *Botosan v. Fitzhugh*, 13 F. Supp. 2d 1047, 1050 (S.D. Cal. 1998) (assessing Title VII and ADA claims brought by restaurant patron). And without this, the Court lacks subject matter jurisdiction. *See* 28 U.S.C. § 1331. Nor would this deficiency seem curable through further amendment by Plaintiff or even a new complaint drafted by appointed counsel.

---

[1] Plaintiff filed an amended complaint (Dkt. No. 20) comporting with Federal Rule of Civil Procedure 15(a)(1)(B). Thus, it is the operative complaint and the Court applies Defendant's motion (Dkt. No. 17) to it, rather than to the complaint on file at the time Defendant so moved (Dkt. No. 5).

ORDER
C24-2046-JCC
PAGE - 1

*See Barahona v. Union Pac. R.R. Co.*, 881 F.3d 1122, 1134 (9th Cir. 2018); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Thus, neither leave to again amend or the appointment of counsel is warranted.

Accordingly, Plaintiff's motion to appoint counsel (Dkt. No. 19) is DENIED and Defendant's motion for a judgment on the pleadings (Dkt. No. 17) is GRANTED in part (because Plaintiff does not plead a federal question, warranting immediate dismissal, *see* Fed. R. Civ. P. 12(h)(3), the Court lacks the jurisdiction to consider Defendant's sovereign immunity argument). Plaintiff's complaint (Dkt. No. 20) is DISMISSED without prejudice.

DATED this 22nd day of December 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE